UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: **Joos Electric Co., Inc.**

Debtor(s).

**SIGNATURE DECLARATION**

Case No. 10-30684

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___ AMENDMENT TO PETITION. SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
_X_ OTHER (Please describe): **Summary of Schedules, Schedules A-J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Statement of Compensation by Attorney, and List of Equity Security Holders.**

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
  The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of tile electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan. as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 2/17/2010

X _[signature]_                                              X ____N/A____
Signature of Debtor or Authorized Representative    Signature of Joint Debtor

__**Sue Joos**__                                             _____
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor
Form ERS 1 (Rev. 10/03)