Joos Electric Co.
Income Statement
For the Twelve Months Ending December 31, 2009

|  | Year to Date This Year |
|---|---:|
| Revenues |  |
| Revenue | $ 1,901,945.14 |
| Other Income | 5,988.20 |
| Total Revenues | 1,907,933.34 |
|  |  |
| Cost of Sales |  |
| Material | 798,441.95 |
| Trenching | 9,315.00 |
| Fuel | 59,674.16 |
| Permits and Liens | 7,778.95 |
| Equipment Rental | 10,084.76 |
| Small Tools | 640.55 |
| Wages | 731,154.49 |
| Low Voltage | 7,525.03 |
| Plans & Specifications | 1,426.30 |
| Employer's FICA Tax | 61,507.16 |
| Federal Unemployment Tax | 200.00 |
| State Unemployment Tax | 4,000.00 |
| 401K Plan | 15,965.10 |
| Employee Benefits | 2,799.14 |
| Workman's Compensation | 14,548.10 |
| Van Maintenance | 16,928.39 |
|  |  |
| Total Cost of Sales | 1,741,989.08 |
|  |  |
| Gross Profit | 165,944.26 |

02/16/2010 04:00 6516880373 JOOS ELECTRIC PAGE 04

Joos Electric Co.
Income Statement
For the Twelve Months Ending December 31, 2009

| | Year to Date This Year |
|---|---:|
| Expenses | |
| Legal | 7,465.83 |
| Accounting | 1,550.00 |
| Administrative Fees | 100.00 |
| Computer Consulting | 3,686.25 |
| Other Professional Fees | 12,208.13 |
| Lawn and Snow Maintenance | 273.47 |
| Office Supplies | 9,294.51 |
| Office Cleaning and Maintenanc | 416.00 |
| Postage and Delivery | 571.15 |
| Bank Charges | 13,454.22 |
| Repair and Maintenance | 83.00 |
| Rubbish Collection Shop | 2,264.61 |
| Business Insurance | 11,703.14 |
| Monitoring | 278.79 |
| Telephone | 3,025.41 |
| Cellular Phones | 12,345.42 |
| Utilities | 18,289.88 |
| Gas | 1,921.39 |
| Electric | 1,654.74 |
| Real Estate Taxes | 2,000.00 |
| Licenses | 2,899.00 |
| Dues and Subscriptions | 2,303.34 |
| Entertainment | 1,593.80 |
| Depreciation | 4,000.00 |
| Interest Income | 1,200.00 |
| Interest Expense | 7,829.24 |
| Total Expenses | 122,411.32 |
| Net Income | $ 43,532.94 |

2/16/2010 at 2:12 PM

For Management Purposes Only