Joos Electric Co.
Balance Sheet
December 31, 2009

## ASSETS

| | | | |
|---|---|---:|---:|
| **Current Assets** | | | |
| Checking | $ | 1,056.22 | |
| Accounts Receivable Trade | | 535,731.25 | |
| Inventory | | 98,000.00 | |
| Construction in Progress | | 255,000.00 | |
| Prepaid Expenses | | 4,890.78 | |
| Total Current Assets | | | 894,678.25 |
| | | | |
| **Property and Equipment** | | | |
| Vans | | 339,759.82 | |
| Job Equipment | | 27,081.93 | |
| Office Equipment | | 66,619.28 | |
| Land | | 200,000.00 | |
| Bldg-3010 Lunar Lane | | 257,894.11 | |
| Accumulated Depreciation | | (458,362.00) | |
| Total Property and Equipment | | | 432,993.14 |
| | | | |
| **Total Assets** | | | $ 1,327,671.39 |

## LIABILITIES AND CAPITAL

| | | |
|---|---|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ | 381,813.96 |
| 401K Plan Payable | | 3,744.97 |
| Payroll Tax Liability | | 151,782.26 |
| State Withholding Tax | | 48,798.67 |
| Credit Line-Associated | | 150,000.00 |

2/16/2010 at 2:10 PM          Unaudited - For Management Purposes Only

Joos Electric Co.
Balance Sheet
December 31, 2009

| | | |
|---|---:|---:|
| Current Portion LTD | | 18,000.00 |
| Total Current Liabilities | | 754,139.86 |
| Long-Term Liabilities | | |
| Ford Motor Credit Van Loan | 56,424.50 | |
| Installment Note | 63,903.68 | |
| Mortgage | 251,429.32 | |
| Current Portion LTD | (18,000.00) | |
| Total Long-Term Liabilities | | 353,757.50 |
| Total Liabilities | | 1,107,897.36 |
| Capital | | |
| Capital Stock | 5,000.00 | |
| Additional Paid In Capital | 590,543.04 | |
| Distributions | (376,635.52) | |
| Retained Earnings | (42,666.43) | |
| Net Income | 43,532.94 | |
| Total Capital | | 219,774.03 |
| Total Liabilities & Capital | | $ 1,327,671.39 |

Unaudited - For Management Purposes Only