UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                            )
                                  )
JOOS ELECTRIC COMPANY, INC.  )      Bankruptcy No. 10-30684
                                  )      Chapter 11
                                  )
              Debtor.      )

## STIPULATION FOR ADEQUATE PROTECTION

This stipulation, entered into by JOOS ELECTRIC COMPANY,
INC., the debtor, and the United States of America, on behalf of
the Internal Revenue Service (IRS), a secured creditor herein,
shall constitute consent of the United States for the debtor's
use of cash collateral and other assets securing federal tax
liens.

1.   The petition commencing this case was filed on February
3, 2010.

2.   Prior to the filing of the petition, a duly authorized
delegate of the Secretary of the Treasury filed notices of
federal tax lien for tax liabilities of the debtor, copies of
which are attached hereto as Exhibit A.

3.   The federal tax liens encumbered all property or rights
to property belonging to the debtor and secured unpaid taxes,
penalties and interest owed by the debtor.

Bankruptcy Case No. 09-34366

4.   The debtor's property securing the claims of the IRS
included cash collateral within the meaning of 11 U.S.C.
§ 363(a).

5.   The debtor needs to use cash collateral to fund its
operations.

6.   The IRS is willing to consent to the debtor's use of
the cash collateral in which it holds a secured interest. This
stipulation will enable the debtor to continue business
operations during the period of this agreement, and is necessary
to provide the IRS with adequate protection as defined in 11
U.S.C. § 361.

7.   To provide adequate protection for the secured claim of
the IRS during the term of this agreement, the debtor will do
the following:

      a.   The IRS shall be granted a replacement lien in
      Debtor's post-petition assets, including without limitation
      cash and cash equivalents, equipment, contract rights,
      general intangibles and all other post-petition property of
      the debtor, together with the proceeds and products
      thereof.  Said replacement lien shall be of the same
      priority, dignity and effect as the IRS' pre-petition
      liens.  This lien and security agreement shall be in

- 2 -

Bankruptcy Case No. 09-34366

addition to the liens that the IRS had in the assets and
property of the debtor as of the petition date, which liens
extend to and encumber the proceeds and products of the
property of the debtor in existence at the time the
bankruptcy petition was filed.

b.   The debtor agrees to maintain cash and receivables
in the approximate amount of its cash and accounts
receivable on the filing date of the petition.

c.   The debtor shall file any past due tax returns
(including, but not limited to, income, excise, employment and
unemployment returns) within thirty (30) days of the execution
of this agreement and will provide proof of filing to the IRS.
Said thirty day period may be extended for particular returns by
the IRS in its sole discretion upon a showing the debtor of
reasonable cause.

d. The debtor will pay each federal tax deposit as it
accrues, when payroll is made, through a federal depository and
will submit proof of deposit to the IRS within three (3) working
days of the deposit.

e.   The debtor shall file all tax returns for periods
ending after the filing of the bankruptcy petition on or before
the due date, and shall pay any balance due upon filing the

- 3 -

Bankruptcy Case No. 09-34366

return.   Proof of filing and payment will be provided to the IRS within three (3) working days of filing and payment.

f.  The debtor represents that all funds received since the petition date or which will be received while this case is pending will be deposited in the debtor-in-possession bank account or accounts and that all expenses of the debtor while this case is pending will be paid from such accounts. The debtor shall not prepay expenses except in the ordinary course of business.

g. The debtor shall not use cash collateral while this agreement is in effect for any purpose which is not authorized by the Bankruptcy Code or by an order of the court. The parties to this stipulation agree that the Bankruptcy Code will allow the debtor to pay normal post-petition expenses incurred in the ordinary course of business.

h. The IRS shall have access to and the right to inspect the debtor's assets and properties during business hours.

i. The debtor will provide the IRS with the following financial information:

i. Monthly reports of the debtor's cash and accounts receivable. The debtor shall also provide

- 4 -

Bankruptcy Case No. 09-34366

> reports stating collections of accounts receivable
> made during the prior month;
>
> ii.   Monthly reports on the debtor's cash flow,
> including major sources of cash receipt and
> expenditures by general categories; and
>
> iii.  The monthly financial statements which the
> debtor is obligated to file with the court.

All of the monthly financial information will be provided to the
IRS by the 15th day of the following month.

> j.   Upon reasonable notice, the debtor will permit the
> IRS to inspect, review and copy any financial records of the
> debtor. These records will be made available at the debtor's
> place of business.

> k.   The debtor shall pay accrued post-petition interest
> to the IRS.  Debtor shall pay the amount of $865.00 per
> month.  The first such payment shall be due May 3, 2010.
> Subsequent payments will be made on the 1st day of each
> month thereafter commencing on June 1, 2010, and shall
> continue each month thereafter until confirmation. Any
> balance of accrued post-petition interest that the debtor
> has not paid pursuant to this agreement as of confirmation
> of any plan shall be due immediately upon confirmation.

- 5 -

Bankruptcy Case No. 09-34366

    1.  The debtor will provide the IRS with proof of insurance on its real and personal property by March 15, 2010.

    m.  No salaries or other compensation or draws will be paid to insiders of the debtor in excess of the amounts of their regular compensation as of the date the debtor's Chapter 11 petition.  If the debtor proposes to make payments to insiders other than as disclosed above, the debtor shall give notice to the Internal Revenue Service at least ten (10) days prior to making such payments.

    8.  Nothing in this stipulation shall constitute an admission by the IRS that the protection provided to it shall not at some time become inadequate to fully and properly protect its interests and at any time IRS may apply to the court for additional adequate protection. Further, nothing in this stipulation shall bind the Internal Revenue Service or constitute an agreement by it to treatment of its claims under any plan of reorganization.  Provided however, nothing in this stipulation shall in any way limit the debtor's right to object to the IRS claim or otherwise request that the Court determine the amounts, and the nature of such amounts, owed by the debtor to the IRS.

Bankruptcy Case No. 09-34366

9.   The debtor's failure to timely perform or to otherwise timely comply with any of the conditions of adequate protection provided in this stipulation is a default.  If the debtor defaults in any of the conditions of adequate protection provided in this stipulation, the IRS may provide the debtor with written notice of such default by facsimile transmission or mail to debtor's counsel of record.  If debtor's have not cured such default within five (5) business days after such notice of default is mailed, the consent of the IRS to the debtor's continued use of the cash collateral shall be deemed withdrawn.

10.   This agreement is subject to the approval of the United States Bankruptcy Court for the District of Minnesota.

11.   All returns, monthly payments, monthly reports, proof of deposits, proof of insurance, tax returns, financial statements required by this stipulation to be filed with, or submitted to, the IRS shall be sent or delivered to:

Insolvency Unit, Internal Revenue Service

> Attention: Eileen Barr
> 30 East 7th Street, Suite 1222
> Stop 5700STP
> St. Paul, Minnesota 55101.

Bankruptcy Case No. 09-34366

Notices to the debtor pursuant to this stipulation will be sent

or delivered to:

> JOOS ELECTRIC COMPANY, INC.
> 3010 Lunar Lane
> Eagan, MN 55121

and to debtor's attorney of record.

12. This agreement shall continue until the earlier of the termination of this agreement by a default and failure to cure by debtor or the confirmation of a plan in this case, whichever occurs first.

B. Todd Jones
United States Attorney

Dated: 3/2/10          By: _LISA R. WOODS_
LISA R. WOODS
Special Assistant United States
     Attorney
Attorney No. 189316 (CA)
Cray Plaza, Suite 650
380 Jackson Street
St. Paul, MN 55101
Tel: (651) 726-7375

ATTORNEY FOR UNITED STATES
INTERNAL REVENUE SERVICE

Dated: 3/2/10          _William A. Vincent_
WILLIAM A. VINCENT
Attorney No. 020836X
William A. Vincent, P.A.
17736 Excelsior Boulevard
Minnetonka, MN 55345
Tel. No. (952) 401-8889

ATTORNEY FOR DEBTOR

1872 COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded   : 02/04/2009 - 16:01PM<br>Recording Number: 511680109<br>UCC Number     :<br>Liber          :<br>Page           : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 511680109 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 JOOS ELECTRIC CO, a Corporation

Residence:
 3010 LUNAR LN
 EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2008 | 41-1628065 | 12/15/2008 | 01/14/2019 | $66,982.13 |

| Filed at: SECRETARY OF STATE<br>SECRETARY OF STATE E<br>ST PAUL, MN 55155 | Total | $66,982.13 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of January, 2009.

| Authorizing Official:<br>KIRK ALBRIGHT | Title:<br>REVENUE OFFICER   24-01-2825 |
|---|---|

Exhibit A.

1872                                    COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded    : 02/04/2009 - 17:00PM<br>Recording Number:<br>UCC Number       :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 511680209 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation

Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2008 | 41-1628065 | 12/15/2008 | 01/14/2019 | $66,982.13 |

| Filed at: COUNTY RECORDER<br>          DAKOTA E<br>          HASTINGS, MN 55033 | Total | $66,982.13 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of January, 2009.

| Authorizing Official:<br>  KIRK ALBRIGHT | Title:<br>  REVENUE OFFICER    24-01-2825 |
|---|---|

1872                                              COURT RECORDING DATA

| INTERNAL REVENUE SERVICE | Lien Recorded   : 07/06/2009 - 11:26AM |
| FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 559908509 |
| | UCC Number        : |
| | Liber             : |
| BANKRUPTCY DOCKET: 10-30684 | Page              : |

| Area: SMALL BUSINESS/SELF EMPLOYED #4 | IRS Serial Number: 559908509 |
| Lien Unit Phone: (800) 913-6050 | |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation


Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2008 | 41-1628065 | 06/08/2009 | 07/08/2019 | $33,497.32 |

| Filed at: SECRETARY OF STATE | | | |
| SECRETARY OF STATE E | | Total | $33,497.32 |
| ST PAUL, MN 55155 | | | |

This notice was prepared and executed at CHICAGO, IL
on this, the 24th day of June, 2009.

| Authorizing Official: | Title: | |
| KIRK ALBRIGHT | REVENUE OFFICER | 24-01-2825 |

1872                                          COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded   : 07/06/2009 - 17:00PM<br>Recording Number:<br>UCC Number   :<br>Liber        :<br>Page         : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 559908609 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation

Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2008 | 41-1628065 | 06/08/2009 | 07/08/2019 | 833,497.32 |

| Filed at: COUNTY RECORDER<br>DAKOTA E<br>HASTINGS, MN 55033 | Total | $33,497.32 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 24th day of June, 2009.

| Authorizing Official:<br>  KIRK ALBRIGHT | Title:<br>  REVENUE OFFICER          24-01-2825 |
|---|---|

1872                                          COURT RECORDING DATA

| INTERNAL REVENUE SERVICE | Lien Recorded   : 07/22/2009 - 10:33AM |
|---|---|
| FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 564978809 |
| | UCC Number    : |
| | Liber         : |
| BANKRUPTCY DOCKET: 10-30684 | Page          : |

| Area: SMALL BUSINESS/SELF EMPLOYED #4 | IRS Serial Number: 564978809 |
|---|---|
| Lien Unit Phone: (800) 913-6050 | |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation

Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2008 | 41-1628065 | 06/15/2009 | 07/15/2019 | $965.87 |
| 941 | 03/31/2009 | 41-1628065 | 06/22/2009 | 07/22/2019 | $62,686.78 |

| Filed at: SECRETARY OF STATE | | |
|---|---|---|
| SECRETARY OF STATE E | Total | $63,652.65 |
| ST PAUL, MN 55155 | | |

This notice was prepared and executed at CHICAGO, IL
on this, the 14th day of July, 2009.

| Authorizing Official: | Title: | |
|---|---|---|
| KIRK ALBRIGHT | REVENUE OFFICER | 24-01-2825 |

1872                                              COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded    : 07/22/2009 - 17:00PM<br>Recording Number:<br>UCC Number       :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 564978909 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation


Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2008 | 41-1628065 | 06/15/2009 | 07/15/2019 | $965.87 |
| 941 | 03/31/2009 | 41-1628065 | 06/22/2009 | 07/22/2019 | 562,686.78 |

| Filed at: COUNTY RECORDER<br>DAKOTA E<br>HASTINGS, MN 55033 | Total | $63,652.65 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 14th day of July, 2009.

| Authorizing Official:<br>  KIRK ALBRIGHT | Title:<br>  REVENUE OFFICER          24-01-2825 |
|---|---|

1872                                             COURT RECORDING DATA

| INTERNAL REVENUE SERVICE | Lien Recorded   : 10/30/2009 - 17:00PM |
| FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 592629409 |
| | UCC Number    : |
| | Liber        : |
| BANKRUPTCY DOCKET: 10-30684 | Page         : |

| Area: SMALL BUSINESS/SELF EMPLOYED #4 | IRS Serial Number: 592629409 |
| Lien Unit Phone: (800) 913-6050 | |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation

Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2009 | 41-1628065 | 09/28/2009 | 10/28/2019 | $52,693.87 |

| Filed at: SECRETARY OF STATE | | |
| SECRETARY OF STATE E | Total | $52,693.87 |
| ST PAUL, MN 55155 | | |

This notice was prepared and executed at CHICAGO, IL
on this, the 22nd day of October, 2009.

| Authorizing Official: | Title: | |
| KIRK ALBRIGHT | REVENUE OFFICER | 24-01-2825 |

1872                                        COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded   : 10/30/2009 - 17:00PM<br>Recording Number:<br>UCC Number    :<br>Liber         :<br>Page          : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 592629509 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation

Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2009 | 41-1628065 | 09/28/2009 | 10/28/2019 | $52,693.87 |

| Filed at: COUNTY RECORDER<br>          DAKOTA E<br>          HASTINGS, MN 55033 | Total | $52,693.87 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 22nd day of October, 2009.

| Authorizing Official:<br>  KIRK ALBRIGHT | Title:<br>  REVENUE OFFICER        24-01-2625 |
|---|---|

1872                                                    COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded    : 01/29/2010 - 11:40AM<br>Recording Number: 618221510<br>UCC Number      :<br>Liber           :<br>Page            : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 618221510 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation


Residence:
  3010 LUMAR LN
  EAGAN, MN 55121-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2009 | 41-1628065 | 12/28/2009 | 01/27/2020 | $24,450.52 |

| Filed at: SECRETARY OF STATE<br>SECRETARY OF STATE E<br>ST PAUL, MN 55155 | Total | $24,450.52 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 20th day of January, 2010.

| Authorizing Official:<br>KIRK ALBRIGHT | Title:<br>REVENUE OFFICER     24-01-2825 |
|---|---|

03/02/2010  03:13 FAX  8311281880        IRS COUNSEL                    ☒ 020/022

1872                                          COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Recording Number:<br>UCC Number    :<br>Liber         :<br>Page          : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 618221610 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation


Residence:
  3010 LUMAR LN
  EAGAN, MN 55121-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2009 | 41-1628085 | 12/28/2009 | 01/27/2020 | $24,450.52 |


| Filed at:  COUNTY RECORDER<br>DAKOTA E<br>HASTINGS, MN 55033 | Total | $24,450.52 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 20th day of January, 2010.

| Authorizing Official:<br>  KIRK ALBRIGHT | Title:<br>  REVENUE OFFICER      24-01-2825 |
|---|---|

1872                                COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded : 04/10/2009 - 09:29AM<br>Recording Number: 531279909<br>UCC Number :<br>Liber :<br>Page : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 531279909 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
JOOS ELECTRIC CO, a Corporation

Residence:
3010 LUNAR LN
EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2000 | 41-1628065 | 03/09/2009 | 04/08/2019 | $35,837.46 |

| Filed at: SECRETARY OF STATE<br>         SECRETARY OF STATE E<br>         ST PAUL, MN 55155 | | Total | $35,837.46 |
|---|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 01st day of April, 2009.

| Authorizing Official:<br>KIRK ALBRIGHT | Title:<br>REVENUE OFFICER      24-01-2825 |
|---|---|

1872                                    COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 10-30684 | Lien Recorded   : 04/10/2009 - 17:00PM<br>Recording Number:<br>UCC Number    :<br>Liber         :<br>Page          : |
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 531280009 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  JOOS ELECTRIC CO, a Corporation

Residence:
  3010 LUNAR LN
  EAGAN, MN 55121-2218

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2000 | 41-1628065 | 03/09/2009 | 04/08/2019 | $35,837.46 |

| Filed at: COUNTY RECORDER<br>         DAKOTA E<br>         HASTINGS, MN 55033 | Total | $35,837.46 |

This notice was prepared and executed at CHICAGO, IL
on this, the 01st day of April, 2009.

| Authorizing Official:<br>  KIRK ALBRIGHT | Title:<br>  REVENUE OFFICER        24-01-2825 |